1 | MARYLON M. BOYD – SBN 139642
LAW OFFICES OF MARYLON M. BOYD
2 | 2201 Broadway Street, Suite 815
Oakland, California  94612
3 | Telephone:  (510) 663-8772          Fax:   (510) 663-8781

4 | Attorney for Plaintiff

5 | JOHN A. RUSSO, City Attorney – SBN 129729
RANDOLPH W. HALL, Assistant City Attorney – SBN 080142
6 | JENNIFER N. LOGUE, Deputy City Attorney –SBN 241910
One Frank H. Ogawa Plaza, 6th Floor
7 | Oakland, California  94612
Telephone:  (510) 238-6524          Fax:  (510) 238-6500
8 | 24918:418567

9 | Attorneys for Defendants
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
10 | and OFFICER ANGELA R. COASTON

11 | **UNITED STATES DISTRICT COURT**

12 |

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 |

15 | LOIS BOYD,                                          CASE NO.:  C06-07929 CRB

16 |                     Plaintiff,

17 |           v.                                        STIPULATION OF DISMISSAL WITH
                                                         PREJUDICE AND [PROPOSED] ORDER
18 | CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT; OFFICER ANGELA R.
19 | COASTON, DOES 1 through 10, inclusive,

20 |                     Defendants.

21 |

22 |      THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF

23 | RECORD DO HEREBY STIPULATE AND AGREE:

24 |      To dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure

25 | 41(a)(1)(ii) with no right of appeal;

26 |      That in light of this dismissal Defendants' August 27, 2007 Motion for Terminating or

-1-

STIPULATION OF DISMISSAL                                          C06-07929
CRB

1   Preclusion Sanctions, Alternative Motion to Compel Disclosure and Responses to

2   Interrogatories and Requests for Productions of Documents, and Motion for Monetary

3   Sanctions and Notice thereof is withdrawn; and

4           Each party will bear his or her own costs of action.

5

6   Dated:  September 27, 2007      _____
                                    MARYLON M. BOYD
7                                   Attorney for Plaintiff

8

9   Dated:  September 27, 2007

10                                          JOHN A. RUSSO, City Attorney
                                            RANDOLPH W. HALL, Assistant City Attorney
                                            JENNIFER N. LOGUE, Deputy City Attorney
11

12                                  By: _____
                                        Attorneys for Defendants
13                                      CITY OF OAKLAND; et al.

14

15                                      ORDER

16          Pursuant to the stipulation of the parties Defendants' August 27, 2007 Motion for

17   Terminating or Preclusion Sanctions, Alternative Motion to Compel Disclosure and

18   Responses to Interrogatories and Requests for Productions of Documents, and Motion for

19   Monetary Sanctions is deemed WITHDRAWN and this action is DISMISSED WITH

20   PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party to bear

21   his or her own costs of action.

22   DATED:  October 1, 2007

23

24

25                                  CHARLES R. BREYER
26                                  United States

                                    IT IS SO ORDERED
                                    Judge Charles R. Breyer

                                    -2-

STIPULATION OF DISMISSAL                                          C06-07929
CRB